UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-00085-DOC-JDE | Date | February 13, 2023 |
|---|---|---|---|
| Title | Theresa Brooke v. Northwest Hotel Corporation | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Present | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    The Court, on its own motion, hereby ORDERS Plaintiff's counsel to submit a response in writing no later than **February 17, 2023** to show cause why this action should not be dismissed for lack of prosecution. As an alternative to a court appearance, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X    Answer to the Complaint;
X    Request for Entry of Default; or
X    Notice of Voluntary Dismissal (F.R.Civ.P. 41)

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.   If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    Failure to respond by the date above will result in a Dismissal for Lack of Prosecution.

                                                                                           -    :    -

Initial of Deputy Clerk    kdu